IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:96-CR-00034-BR

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| RUSSELL D. LANDERS | |

The undersigned hereby RECUSES himself from further participation in this case. The CLERK is DIRECTED to reassign the case to another judge.

This 8 April 2021.

_____
W. Earl Britt
Senior U.S. District Judge