IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:96-CR-34-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RUSSELL D. LANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

On March 17, 2021, Russell D. Landers ("Landers" or "defendant") moved for compassionate release [D.E. 262]. On April 6, 2021, the United States responded in opposition [D.E. 271]. On April 7, 2021, Landers replied [D.E. 272]. On April 8, 2021, the Honorable W. Earl Britt recused, and the case was reassigned to the undersigned [D.E. 277]. On April 8, 2021, Landers moved to expedite [D.E. 278]. On April 10, 2021, Landers died. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Russell Landers") (last visited Apr. 12, 2021).

In light of defendant's death, the court DISMISSES as moot defendant's motion for compassionate release [D.E. 262] and motion to expedite [D.E. 278].

SO ORDERED. This 12 day of April 2021.

JAMES C. DEVER III
United States District Judge